UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 10-34932 |
|---|---|
| Christopher S Reese | (Chapter 13) |
| Tammy L Reese | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4337787**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 12 | DOLORES HAYSLETT<br>306 W JACKSON ST<br>NEW CARLISLE, OH 45344 | 1,028.50 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/27/2015

<u>CERTIFICATE OF SERVICE</u>     10-34932

I hereby certify that on August 27, 2015, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH 45459

And on the following by ordinary U.S. Mail, on August 27, 2015:

Christopher S Reese
Tammy L Reese
1159 Jackson Road
Vandalia, OH 45377

(45.1n)
CAPITAL ONE BANK USA NA
BOX 12907
NORFOLK, VA 23541

(44.1n)
CAPITAL ONE NA
BASS & ASSOCIATES PC
3936 E FT LOWELL ROAD
SUITE 200
TUCSON, AZ 85712

(12.1)
DOLORES HAYSLETT
306 W JACKSON ST
NEW CARLISLE, OH 45344

(42.1n)
EAST BAY FUNDING LLC
RESURGENT CAPITAL SERVICES
BOX 288
GREENVILLE, SC 29603

(47.1n)
ECAST SETTLEMENT CORP
BASS & ASSOCIATES PC
3936 E FT LOWELL STE 200
TUCSON, AZ 85712

(43.1n)
EVERBANK
301 WEST BAY STREET
JACKSONVILLE, FL 32202

(49.1n)
GREEN TREE SERVICING LLC
BOX 6154
RAPID CITY, SD 57709

(32.1n)
HSBC BANK NEVADA NA
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ 85712

(34.1n)
JOHN G JANSING
ALTICK & CORWIN
ONE SOUTH MAIN ST
SUITE 1590
DAYTON, OH 45402

(30.1n)
MARY E KRASOVIC
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH 43216

(46.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA 23541

(40.1n)
RICHARD T CRAVEN
685 S FRONT STREET
COLUMBUS, OH 43206

DOLORES HAYSLETT
306 W JACKSON ST
NEW CARLISLE, OH 45344